1  STEVEN KALAR
   Federal Public Defender
2  RITA BOSWORTH
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant ROBERTS
6

7              IN THE UNITED STATES DISTRICT COURT
8             FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
    UNITED STATES OF AMERICA,       )   No. CR 13-760 CRB (MEJ)
11                                  )
              Plaintiff,            )
12                                  )   STIPULATION AND [PROPOSED]
       v.                           )   ORDER TO MODIFY CONDITIONS OF
13                                  )   RELEASE
                                    )
14  CASSIE ROBERTS,                 )
                                    )
15            Defendant.            )
                                    )
16

17     On December 11, 2013, Cassie Roberts was released on a $150,000 unsecured bond to
18  reside with a third-party custodian at her home in Richmond. Three viable sureties signed onto
19  the bond. As a condition of release, Ms. Roberts was placed on electronic monitoring. She is
20  permitted to leave her residence for court appearances, legal visits, medical and treatment
21  appointments, and for employment purposes as approved by pretrial services. Ms. Roberts has
22  been in compliance with all her conditions of release. She now requests that the Court modify
23  her conditions of release to permit her to leave her residence for a period of up to six hours in
24  order to shop for Christmas gifts for her family and children. She would not be permitted to
25  enter the Tenderloin, and she would be required to inform the pretrial services officer where she
26  intends to shop. She further requests that pretrial services be given the discretion to permit her to

1  leave her residence for child care purposes.  Pretrial services officer Silvio Lugo does not oppose
2  this modification.  The government also does not oppose this modification.
3
4      IT IS SO STIPULATED.
5
6                                              MELINDA HAAG
                                               United States Attorney
7
   12/19/13                                         /s/
8  _____                         _____
   DATED                                       KATIE MEDEARIS
9                                              Assistant United States Attorney
10
11                                             STEVEN KALAR
                                               Federal Public Defender
12
   12/19/13                                         /s/
13 _____                         _____
   DATED                                       RITA BOSWORTH
14                                             Assistant Federal Public Defender
15
16      In light of the parties' stipulation, it is hereby ORDERED that the defendant's conditions
17 of release shall be modified such that the defendant shall be permitted to leave her residence to
18 shop for Christmas gifts.  She shall not enter the Tenderloin and pretrial services shall approve
19 the location and timing of her shopping.  The Court further modifies the bond to give pretrial
20 services the discretion to allow the defendant to leave her residence for child care purposes.  All
21 other conditions of release remain in place.  Defendant shall only be allowed to
22                                              shop for her Christmas gifts for no
                                               more that 6 hours.
23
   December 23, 2013                           _____
24 DATED                                       MARIA ELENA JAMES
                                               United States Magistrate Judge
25

26 STIP. & [PROPOSED] ORDER TO MODIFY
   CONDITIONS OF RELEASE
   US v. Roberts, 13-760 CRB (MEJ)            2

*IT IS SO ORDERED*
*Judge Maria-Elena James*