1   STEVEN KALAR
    Federal Public Defender
2   RITA BOSWORTH
    Assistant Federal Public Defender
3   19th Floor Federal Building
    450 Golden Gate Avenue
4   San Francisco, CA 94102
    Telephone: (415) 436-7700
5
    Counsel for Defendant ROBERTS
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
    UNITED STATES OF AMERICA,          )    No. CR 13-760 CRB (MEJ)
11                                      )
                    Plaintiff,          )
12                                      )    STIPULATION AND [PROPOSED]
    v.                                  )    ORDER TO MODIFY CONDITIONS OF
13                                      )    RELEASE
                                        )
14  CASSIE ROBERTS,                     )
                                        )
15                  Defendant.          )
    _____ )
16

17          On December 11, 2013, defendant Cassie Roberts was released on a $150,000 unsecured

18  bond to reside in the third party custodian at her home in Richmond. Three viable sureties signed

19  onto the bond. As a condition of release, Ms. Roberts was placed on electronic monitoring. She

    is permitted to leave her residence for court appearances, legal visits, medical and treatment
20
    appointments, childcare purposes, and for employment purposes as approved by pretrial services.
21
    Ms. Roberts has been in compliance with all her conditions of release. She now requests that the
22
    Court add a condition of release so that she is permitted to leave her home during the day
23
    between the hours of 8:00 a.m. and 5:00 p.m. as long as she obtains the permission of pretrial
24
    services in advance. Ms. Roberts has an infant son, and in anticipation of the custodial sentence
25
    she has agreed to serve, she would like to get her affairs in order and spend time out of the house
26
    with her son before she goes into custody. This condition is in addition to the conditions already

FILED

FEB 2 0 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1 | present that permit her to leave her residence for the aforementioned purposes.

2 |      Pretrial services officer Silvio Lugo does not oppose this modification. The government

3 | also does not oppose this modification.

4

5 |      IT IS SO STIPULATED.

6

7 |                              MELINDA HAAG
                             United States Attorney

8

    2/18/14                         /s/

9

    DATED                        KATIE MEDEARIS

10 |                                Assistant United States Attorney

11

12 |                              STEVEN KALAR
                             Federal Public Defender

13

    2/18/14                         /s/

14

    DATED                        RITA BOSWORTH

15 |                              Assistant Federal Public Defender

16

17 |      In light of the parties' stipulation, it is hereby ORDERED that an additional condition of

18 | release shall be added to permit defendant to leave her residence from 8:00 a.m. to 5:00 p.m.

19 | with the permission of pretrial services. All other conditions of release remain in place.

20

21 | 2-28-14

22 | DATED                        MARIA ELENA JAMES
                            United States Magistrate Judge

23

24

25

26 | STIP. & [PROPOSED] ORDER TO MODIFY
CONDITIONS OF RELEASE *U.S. v. Roberts*,
CR 13-760 CRB (MEJ)           2